IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

JUL 21 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cr. No. 1291 |
| vs. | ) 05-20279 Ma V |
| RODERICK K. SMITH, | ) |
| Defendant. | ) |

## ORDER

Upon motion of the United States, the indictment and arrest warrant against the above-named Defendant are hereby ordered sealed, until the initial appearance of the defendant, in the instant case.

IT IS SO **ORDERED** this 21st day of July, 2005.

S. Thomas Anderson
U.S. MAGISTRATE JUDGE

Approved by:

Joseph C. Murphy, Jr., AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20279 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT