UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY ᴍᴍ D.C.

05 AUG 23 AM 8:49

UNITED STATES OF AMERICA

-vs-                                                    Case No. 2:05cr20279-Ma

**RODERICK K. SMITH**

---

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

• The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis, this __22__ day of August, 2005.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
RODERICK K. SMITH

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-26-05__

/0

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20279 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT