CJA 7
(Rev. 2/84)

LOCATION CODE _____

FILED BY _____ D.C.

05 AUG 24 PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Docket No. ___05-20279-Ma___

USA      vs.   Roderick K. Smith

**ORDER TERMINATING APPOINTMENT OF COUNSEL
and/or
AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

Check one or both  ☐  x

WHEREAS, ___the Federal Defender's office___ was appointed as counsel for the above defendant/petitioner, on the ___23rd___ day of ___August___, 20 _05_ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

x ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-29-05_

Dated this ___24th___ day of ___August___, 20 _05_.

_S. Thomas Anderson_
United States Judge/Magistrate

**DISTRIBUTION:**   COURT'S FILE     COURT APPOINTED COUNSEL     PERSON REPRESENTED     CLERK'S FILE

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20279 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT