IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP -2 PM 4: 19

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 05-20279-Ma

RODERICK K. SMITH,

    defendant.

---

### ORDER GRANTING MOTION TO UNSEAL INDICTMENT

Before the court is the government's August 22, 2005, motion to unseal the indictment in this matter. For good cause shown, the motion is granted. The Clerk of Court is instructed to unseal the indictment in this case.

It is so ORDERED this **2d** day of September, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20279 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT